United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ABEL BIRHANE GEBRECHERKOS, | § | |
| | § | |
| Petitioner, | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00845 |
| | § | |
| MARIO GARCIA, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

## ORDER

Before the Court is the Parties' stipulation of dismissal. (D.E. 12). The Court hereby deems the Parties' stipulation of dismissal with prejudice effective. (D.E. 12); Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(1)(B). The Court **DENIES as moot** any pending motions and **ORDERS** the Clerk of Court to **CLOSE** this case. The Parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 7th, 2026